USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET **SEALED** H-10- 128
No.

HOUSTON DIVISION

USAO Number: 2010R01639

Magistrate Number:

United States Courts
Southern District of Texas
FILED

MAR 0 4 2010

CRIMINAL INDICTMENT      Filed _____, Clerk

Judge: _____

UNITED STATES of AMERICA
vs.

ATTORNEYS:

JOSE ANGEL MORENO, USA          (713) 567-9000

ROBERT STABE, AUSA              (713) 567-9583

| | Appt'd | Private |
|---|---|---|
| WILLIAM SCOTT NELSON | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

UNSEALED
PER ARREST
MAR 0 9 2010

**CHARGE:**
(TOTAL)
(COUNTS:)
( 6 )

Counts 1-4: Sexual Exploitation of Children [18 USC § 2251(a) & (e)]

Count 5: Attempted Distribution of Child Pornography [18 USC §§ 2252A(a)(2)(B) & 2252A(b)(1)]

Count 6: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) & 2252(A)(b)(2)]

**PENALTY:** Counts 1 - 4: Imprisonment 15 - 30 yrs; up to $250,000 fine; SRT for any term of yrs not less than 5 yrs up to life; $100 SA
Count 5: Imprisonment 5 - 20 yrs; up to $250,000 fine; SRT for any term of yrs not less than 5 yrs up to life; $100 SA
Count 6: Imprisonment up to 10 yrs; up to $250,000 fine; SRT for any term of yrs not less than 5 yrs up to life; $100 SA

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS:

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.